# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEDCAPGROUP, LLC, | ) |
| Plaintiff, | ) Case No. 2:14-cv-1864-JAD-GWF |
| vs. | ) **ORDER** |
| MESA PHARMACY, INC., | ) |
| Defendant. | ) |

The Court notes that Ryan R. West, representing the Plaintiff, is a licensed attorney in Nevada. The Court instructs Mr. West to advise the Court if he maintains an office in the State of Nevada, and, if so, to file that address and telephone number with the Court's CM/ECF filing system. If Mr. West does not maintain an office in Nevada, pursuant to LR IA 10-1(b), he "shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served." Mr. West shall have 14 days to file the address of his local office or to comply with Local Rule IA 10-1(b).

**IT IS SO ORDERED.**

**DATED** this 4th day of February, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge