# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MEDCAPGROUP, LLC, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-1864-JAD-GWF |
| vs. | ) | **ORDER** |
| MESA PHARMACY, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Notice of Violation of Special Order 109 (#29) on July 24, 2015, addressed to Plaintiff's counsel Ryan R. West.  Section 1.B. of the Courts' Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part, "Attorneys who are admitted to the bar of this court, admitted to participate in a case pro hac vice, or who are authorized to represent the United States and its agencies, shall register as Filing Users of the System".  Pursuant to Special Order 109, section 2.C., it is the responsibility of all attorneys to main and update their information in the case file and the CM/ECF system.  To date, Mr. West has not complied.  Accordingly,

**IT IS ORDERED** that Mr. West shall update his information in the case file and on the CM/ECF system no later than five (5) days from the date of this Order.  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 27th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge