# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MEDCAPGROUP, LLC, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-1864-JAD-GWF |
| vs. | ) | **ORDER** |
| MESA PHARMACY, INC., | ) | |
| Defendant. | ) | |
| AND RELATED CLAIMS, | ) | |

This matter is before the Court on the Third-Party Defendant Dave Brown's and Defendant Praxsyn, Inc., formerly known as Mesa Pharmacy, Inc.'s Joint Motion to Amend/Modify the Discovery Plan and Scheduling Order to Extend Case Deadlines (#28) filed July 23, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that Third-Party Defendant Dave Brown's and Defendant Praxsyn, Inc., formerly known as Mesa Pharmacy, Inc.'s Joint Motion to Amend/Modify the Discovery Plan and Scheduling Order to Extend Case Deadlines (#28) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **January 7, 2016**
2. Last date to amend pleadings and add parties: **October 9, 2015**
3. Last date to file interim status report: **November 9, 2015**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **November 9, 2015**
5. Last date to disclose rebuttal experts: **December 9, 2015**

1  6.  Last date to file dispositive motions: **February 6, 2016**

2  7.  Last date to file joint pretrial order: **March 9, 2016**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 28th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge