AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

MedCapGroup, LLC

Plaintiff,

v.

Mesa Pharmacy, Inc., et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01864-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Dave Brown and against Fourth-Party Defendant Medcare Finance, LLC as follows: Medcare must indemnify Brown for any liability in this case, consistent with Brown's first claim for relief; and should Brown be held liable in this case, Brown is entitled to the protections of Nevada law limiting the liability of a member of a limited liability company.

February 9, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ S. Denson

(By) Deputy Clerk