HOGAN HULET PLLC
JEFFREY HULET
Nevada Bar No. 10621
E-mail: jeff@h2legal.com
1140 N. Town Center Dr. Suite 300
Las Vegas, NV 89144
Tel/Fax: (702) 800-5482
*Attorneys for Third Party Defendant/
Fourth Party Plaintiff Dave Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MEDCAPGROUP, LLC, a Nevada Limited Liability Company,<br><br>             Plaintiff,<br><br>vs.<br><br>PRAXSYN, INC., formerly known as MESA PHARMACY, INC.,<br><br>             Defendant | CASE NO. 2:14-CV-01864<br><br>JUDGE: HON. JENNIFER A. DORSEY<br><br>**STIPULATION AND ORDER TO DISMISS THIRD-PARTY COMPLAINT AND FOURTH-PARTY COMPLAINT** |
| PRAXSYN, INC., formerly known as MESA PHARMACY, INC.,<br><br>             Third-Party Plaintiff,<br><br>vs.<br><br>DAVE BROWN, an individual,<br><br>             Third-Party Defendant. | |
| AND RELATED CLAIMS | |

**STIPULATION AND ORDER TO DISMISS THIRD-PARTY COMPLAINT AND FOURTH-PARTY COMPLAINT**

Defendant/Third-Party Plaintiff Praxsyn, Inc. formerly known as Mesa Pharmacy, Inc. ("Praxsyn"), Third Party Defendant/Fourth-Party Plaintiff Dave Brown ("Brown"), and Fourth-Party Defendant Medcare Finance LLC ("Medcare"), by and through their undersigned counsel, hereby stipulate to dismiss Praxsyn's Third-Party Complaint (ECF No. 6), and Brown's Fourth-Party Complaint (ECF No. 35), with prejudice. The parties will bear their own attorney's fees and costs. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulated dismissal is also

effective as to Fourth-Party Defendant Greg Sundem, who was named but not served, and did not appear in the case.

IT IS SO STIPULATED.

Dated this 26th day of April 2017.                Dated this 26th day of April 2017.

By: /s/Jeffrey Hulet
JEFFREY HULET
1140 N. Town Center Dr. Suite 300
Las Vegas, Nevada 89144
*Attorneys for Third-Party Defendant/Fourth-Party Plaintiff Dave Brown*

By: /s/ Melissa Ingleby
LEAH MARTIN
MELISSA INGLEBY
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, Nevada 89119
*Attorneys for Third-Party Plaintiff Praxsyn and Fourth-Party Defendant Medcare Finance LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 8, 2017.