1  ROBERT Z. DEMARCO, ESQ.
   Nevada Bar # 12359
2  CHESNOFF & SCHONFELD
   520 S. Fourth Street, 2nd Floor
3  Las Vegas, Nevada 89101
   (702) 384-5563
4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

MEDCAPGROUP, LLC,

    Plaintiff,

vs.

PRAXSYN INC., f/k/a
MESA PHARMACY, INC.,

    Defendant.

AND RELATED MATTERS

CASE NO. 2:14-cv-01864-JAD-GWF

## JUDGMENT

Defendant MESA PHARMACY, INC., a wholly owned subsidiary of PRAXSYN INC. (named in the action as "PRAXSYN INC. f/k/a/ MESA PHARMACY, INC.") (hereinafter "MESA PHARMACY"), having confessed to Judgment in this case in the amount of $200,000.00, and having agreed to judgment herein,

**IT IS ORDERED** that Judgment be and it hereby is entered in favor of Plaintiff MEDCAPGROUP, LLC and against Defendant MESA PHARMACY, in the sum of TWO HUNDRED THOUSAND DOLLARS AND ZERO CENTS ($200,000.00).

///

///

CASE NO. 2:14-cv-01864-JAD-GWF

Said amount is immediately collectable by any and all lawful means.

**IT IS SO ORDERED.**

The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES
DISTRICT COURT JUDGE

February 14, 2018

Agreed to by:

MESA PHARMACY, INC.

_____
GREG SUNDEM, CEO

this 21 day of April, 2017.

2